Form G-3 (20230922)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION   ▼DIVISION**

In re:  Neil S Bickel                )   Chapter  13 ▼
                                     )
                                     )   No. 20-04205
                                     )
        Debtor(s)                    )   Judge Timothy A. Barnes

## NOTICE OF MOTION

TO:  See attached list

     PLEASE TAKE NOTICE that on November 9, 2023, at 10:00 a.m ▼, I will appear before the Honorable Timothy A. Barnes ▼, or any judge sitting in that judge's place, **either** in courtroom  744  of the Everett McKinley Dirksen United States Courthouse ▼, 219 S. Dearborn Street, Chicago, IL 60604  ▼or electronically as described below, and present the motion of the Debtor [to/for] Modify Plan Post Confirmation, a copy of which is attached.

     **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

     **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/. Then enter the meeting ID and passcode.

     **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

     **Meeting ID and passcode.**  The meeting ID for this hearing is  161 329 5276 , and the passcode is  433658.  . The meeting ID and passcode can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

     By: /s/ David H. Cutler
         David H. Cutler
         Counsel for Debtor(s)
         Cutler & Associates, Ltd.
         4131 Main St.
         Skokie, IL 60076
         Phone: (847) 673-8600

## **CERTIFICATE OF SERVICE**

      I, David H. Cutler, _____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _____October 19, 2023_____ , at _6:30 pm___ .

                                    /s/ David H. Cutler
                                    [Signature]

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 20-04205 |
| Neil S Bickel | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: Timothy A. Barnes |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Neil S Bickel (hereafter referred to as "the Debtor"), by and through his attorneys, Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC §1334 and this is a "core proceeding" under 28 USC §157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on February 14, 2020.

3. The Debtor's Chapter 13 Plan was confirmed on June 9, 2020.

4. The Debtor's confirmation order provides for a payment of $785 for 60 months with unsecured creditors receiving 10% of their unsecured claims.

5. The Debtor has paid in to date $31,242.50 to his Chapter 13 plan.

6. The Debtor has a current trustee default of $3,297.50 as of the date of this motion.

7. The Debtor had fallen behind on his trustee payments due to a slowdown with his Uber income, Debtor was not getting good fares and he had taken several days off from driving due to severe allergies this summer and he incurred out of pocket vehicle repairs for transmission, rear shocks and brakes and a tune up. Please see the attached car repair bills the Debtor has submitted to his counsel. (See Exhibit A)

8. The Debtor is seeking to modify his plan to spread the current default over the remaining months of his plan by increasing the payment by $220 a month, with the payment at $1,005 per month, that Debtor can afford the proposed increase as he has increased fares at Uber, he is driving different times and routes and earning more and his vehicle is repaired. The Debtor can afford the payment increase, but he is unable to get caught up on the full default in a lump sum payment. The Debtor has reviewed his income and expense schedules and amended expense schedules are attached that he can afford the proposed payment. (See Exhibit B)

9. The Debtor has filed the instant case in good faith and he intends to complete the plan of reorganization and he has reviewed with his counsel the allegations set forth in this motion to modify his Chapter 13 Plan and has provided an Affidavit in support of the allegations in the motion to his counsel. (See Affidavit)

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan and to increase the plan payment to $1,005 a month beginning November 2023 until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: October 19, 2023                                          Respectfully Submitted,


                                                By:    /s/ David H. Cutler

                                                       David H. Cutler, esq.,
                                                       Counsel for Debtors:
                                                       Cutler & Associates, Ltd.
                                                       4131 Main St.
                                                       Skokie, IL 60076
                                                       Phone: (847) 673-8600