# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RE:  NEIL S BICKEL ) | Case No. 20 B 04205 |
| ) | |
| ) | Chapter 13 |
| Debtor(s) ) | |
| ) | Judge:  TIMOTHY A BARNES |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

NEIL S BICKEL  
5800 EAST LAKE DR #115  
LISLE, IL 60532

CUTLER & ASSOC  
via Clerk's ECF noticing procedures

PLEASE TAKE NOTICE that on **February 27, 2025** at **9:00 am.**, I will appear before the Honorable Judge TIMOTHY A BARNES or any judge sitting in the judge's place, **either** in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss for failure to make plan payments, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

> **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com.  Then enter the meeting ID and passcode.
>
> **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.
>
> **Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, Besira Nikolla a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. mail or by the methods indicated on February 19, 2025.

Thomas H. Hooper  
Chapter 13 Trustee  
55 E. Monroe St., Suite 3850  
Chicago, IL 60603  
(312) 294-5900

/s/ Besira Nikolla  
―――――――――――――

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  NEIL S BICKEL | ) | Case No. 20 B 04205 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:  TIMOTHY A BARNES |

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On February 14, 2020 the debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 09, 2020 for a term of 60 months with payments of $1,020.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 60 | $47,562.50 | $44,487.50 | $3,075.00 |

A summary of the 3 most recent receipt items is set forth below:

Report Date: 02/19/2025
Due Each Month: $1,020.00
Next Payment Due: 03/15/2025

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 11/04/2024 | 1005363800 | $1,020.00 |
| 12/03/2024 | 1009975100 | $1,020.00 |
| 01/15/2025 | 1016318300 | $1,020.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900